862 A.2d 577

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Joseph James DURNEY, Jr., Respondent.**

**No. 961 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Oct. 15, 2004.

## *ORDER*

PER CURIAM.

AND NOW, this 15th day of October, 2004, upon consideration of the Report and Recommendations of the Disciplinary Board dated July 30, 2004, it is hereby

ORDERED that JOSEPH JAMES DURNEY, JR., be and he is SUSPENDED from the practice of law in the Commonwealth of Pennsylvania for a period of one year, followed by probation for a period of one year, subject to the following conditions:

1. Respondent shall select a financial and practice monitor subject to the approval of the Office of Disciplinary Counsel.

2. The financial and practice monitor shall do the following during the period of Respondent's probation:

a. Meet with Respondent on a monthly basis to review Respondent's caseload and trust account to ensure continued compliance with proper handling of funds and maintenance of appropriate records;

b. File quarterly written reports on a Board approved form with the Executive Director and Secretary; and

c. Immediately report to the Executive Director and Secretary of the Board any violation of the Respondent of the terms and conditions of probation.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(a). Pa. R.D.E.